IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

IN THE MATTER OF
FREEMAN COLE,

|  |  |  |
|---|---|---|
| | Plaintiff, | ORDER |
| v. | | |
| | | 25-cv-858-wmc |
| | | 25-cv-924-wmc |
| | | 25-cv-925-wmc |
| | | 25-cv-933-wmc |
| | | 25-cv-973-wmc |
| | | 25-cv-986-wmc |
| | | 26-cv-153-wmc |
| | | 26-cv-230-wmc |

Since late 2025, plaintiff Freeman Cole, a pretrial detainee representing himself, has filed 10 lawsuits in this court. Two have been dismissed for failing to state a claim upon which relief could be granted, for which strikes were issued; one was dismissed with leave to file an amended complaint; and seven are awaiting screening. Inexplicably, while these cases have been pending, Cole has been begun sending mail to the court marked as "evidence" and containing various food items, such as packages of peanut butter and milk cartons in Case No. 25-cv-858-wmc. (Dkt. ##20, 22.) The clerk's office also advises that Cole has sent other items to the court, including a ketchup packet and, worst of all, a white powdery substance, which was ultimately determined to be sugar, rather than a toxic substance. This conduct must cease.

First, these submissions do not advance or accomplish the objectives sought by Cole because they are neither "evidence" at screening nor at any other phase of litigation. Second, Cole's packages disrupt the operation of the court, not only wasting its time and resources, but delaying the screening of his other cases. Specifically, the appearance of

packages containing these items or any other non-paper filing must be deemed suspicious in nature, requiring the court to alert the U.S. Marshal to ensure that mail can be opened safely.  Obviously, suspicion was particularly high when the content proved to be a white powdery substance.  While Cole's submissions have been harmless so far, each occurrence unfairly requires the expenditures of time and resources of the Marshal's Office, unnecessarily taxing that Office and the Court.

Accordingly, Cole is DIRECTED to limit his future filings with this court to paper submissions absent advanced leave of this court.  Further, should Cole fail to comply with this Order by sending food or other items through the mail, the court will consider whether sanctions should be imposed against him, including monetary sanctions, dismissal of claims, or a bar to his from filing any new lawsuits in this court.

ORDER

IT IS ORDERED that plaintiff Freeman Cole SHALL only include paper submissions in his future filings for his current or any future cases unless expressly granted leave in advance by this court.

Entered this 14th day of April, 2026.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge

2